# Court of Appeals
# of the State of Georgia

ATLANTA,  October 25, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0417.   MICHAEL JON KELL v. JPMORGAN CHASE BANK, NATIONAL ASSOCIATION.**

On July 21, 2017, the trial court entered a final order and judgment, finding that JP Morgan Chase Bank, N.A. was entitled to a writ of possession due to Michael Jon Kell's failure to make rental payments.[1] Kell filed a notice of appeal on August 3, 2017, seeking to appeal the trial court's July 21 final order and judgment. We, however, lack jurisdiction.

Generally, a notice of appeal must be filed within 30 days of entry of the decision or judgment sought to be appealed. OCGA § 5-6-38 (a). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory judgment. Under OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999). Kell filed his notice of appeal 13 days after the entry of the trial court order he wishes to appeal. Therefore, the appeal is untimely and is hereby DISMISSED for lack of jurisdiction.

---

[1] The trial court subsequently issued a writ of possession on August 1, 2017.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __10/25/2017__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*